**INTELLECTUAL VENTURES I LLC, Appellant**

v.

**ERICSSON INC., Appellee**

**2015-1947**

United States Court of Appeals, Federal Circuit.

August 16, 2016

BYRON LEROY PICKARD, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC,

argued for appellant. Also represented by LORI A. GORDON.

ROBERT CARTER MATTSON, Oblon, McClelland, Maier & Neustadt, LLP, Alexandria, VA, argued for appellee. Also represented by WILBUR T. BAKER, ALEXANDER BEACH ENGLEHART.

(Newman, Lourie, and O'Malley, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**